Todd M. Friedman, Esq. (216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RUFFALO AND BETTINA RUFFALO, <br><br> Plaintiffs, <br><br> vs. <br><br> ALLIED DATA CORPORATION, <br><br> Defendant. | Case No. 3:10-CV-00011 SC <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiffs have filed with the Clerk of the Northern District Court of California, Plaintiffs' Notice of Voluntary Dismissal With Prejudice, a copy of which is herewith served upon Defendant.

RESPECTFULLY SUBMITTED this 15th day of March, 2010.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiffs

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

Notice of Dismissal  - 1

1  Filed electronically on this 15th day of March, 2010, with:

2  United States District Court CM/ECF system
3
4  And hereby served upon all parties

5

6
   By: s/Todd M. Friedman
7       Todd M. Friedman

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28